# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| RITA PURDY, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 1:15-cv-330-JDL |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security | ) |
| | ) |
|     Defendant. | ) |

## ORDER ADOPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed his Report and Recommended Decision (ECF No. 20) on May 13, 2016. The plaintiff, Rita Purdy ("Purdy"), filed an Objection to the Report and Recommended Decision (ECF No. 21) on May 31, 2016, and the defendant, Commissioner Colvin ("Commissioner"), filed the government's Response on June 17 (ECF No. 23). After *de novo* review, I adopt the Magistrate Judge's recommendation.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The Commissioner's decision is **AFFIRMED**.

    **SO ORDERED.**

                                                                       /s/Jon D. Levy
                                                            **United States District Judge**

**Dated this 13th day of September, 2016.**